1
2
3
4
5
6
7
8                    **IN THE UNITED STATES DISTRICT COURT**

9                  **FOR THE EASTERN DISTRICT OF CALIFORNIA**

10

11   LARRY W. KIRK,                          No. CIV S-09-1866-CMK-P

12              Plaintiff,

13        vs.                                    <u>ORDER</u>

14   R.J. RACKLEY, et al.,

15              Defendants.

16   _____/

17              Plaintiff, a state prisoner proceeding pro se, brings this civil rights action pursuant

18   to 42 U.S.C. § 1983.  Plaintiff has consented to Magistrate Judge jurisdiction pursuant to 28

19   U.S.C. § 636(c) and no other party has yet been served or appeared in the action.

20              On December 17, 2009, the undersigned issued an order for Plaintiff to show

21   cause in writing, within 30 days, why the claims against defendants Cate and Salinas should not

22   be dismissed for failure to state a claim.  Plaintiff was cautioned that failure to respond to the

23   court's order may result in dismissal.  To date, no response to that order has been received by the

24   court.  It therefore appears that Plaintiff agrees with the court's assessment that he fails to state a

25   claim against defendants Cate and Salinas, and does not oppose those individuals being

26   dismissed from this action.

                                            1

Accordingly, IT IS HEREBY ORDERED that defendants Cate and Salinas, and all claims against them, are dismissed from this action. This action shall proceed against defendant Rackley only.


DATED: February 2, 2010

_Craig M. Kellison_
_____
**CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE