IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LARRY W. KIRK, | No. CIV S-09-1866-CMK-P |
|     Plaintiff, | |
|   vs. | ORDER |
| R.J. RACKLEY, et al., | |
|     Defendants. | |
|                                 / | |

       Plaintiff, a state prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff has consented to Magistrate Judge jurisdiction pursuant to 28 U.S.C. § 636(c) and no other party has yet been served or appeared in the action.

       On December 17, 2009, the undersigned issued an order for Plaintiff to show cause in writing, within 30 days, why the claims against defendants Cate and Salinas should not be dismissed for failure to state a claim. Plaintiff was cautioned that failure to respond to the court's order may result in dismissal. To date, no response to that order has been received by the court. It therefore appears that Plaintiff agrees with the court's assessment that he fails to state a claim against defendants Cate and Salinas, and does not oppose those individuals being dismissed from this action.

1  Accordingly, IT IS HEREBY ORDERED that defendants Cate and Salinas, and
2 all claims against them, are dismissed from this action.  This action shall proceed against
3 defendant Rackley only.

5  DATED: February 2, 2010

_____
**CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE