IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LARRY W. KIRK, | No. CIV S-09-1866-CMK-P |
|     Plaintiff, | |
|   vs. | ORDER |
| R.J. RACKLEY, et al., | |
|     Defendants. | |
| _____/ | |

      Plaintiff, a state prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983. Pending before the court is plaintiff's motion for appointment of counsel (Doc. 2). The United States Supreme Court has ruled that district courts lack authority to require counsel to represent indigent prisoners in § 1983 cases. See Mallard v. United States Dist. Court, 490 U.S. 296, 298 (1989). In certain exceptional circumstances, the court may request the voluntary assistance of counsel pursuant to 28 U.S.C. § 1915(e)(1). See Terrell v. Brewer, 935 F.2d 1015, 1017 (9th Cir. 1991); Wood v. Housewright, 900 F.2d 1332, 1335-36 (9th Cir. 1990). In the present case, the court does not at this time find the required exceptional circumstances.

      Plaintiff has also filed a request for injunctive relief against individuals who are not named as defendants in this action. This court is unable to issue an order against individuals

1

1 | who are not parties to a suit pending before it.  See Zenith Radio Corp. v. Hazeltine Research,
2 | Inc., 395 U.S. 100, 112 (1969).  The request must, therefore, be denied
3 |    Accordingly, IT IS HEREBY ORDERED that:
4 |    1. Plaintiff's request for the appointment of counsel (Doc. 2) is denied; and
5 |    2. Plaintiff's motion for a temporary restraining order (Doc. 3) is denied.

DATED: February 2, 2010

                _/s/ Craig M. Kellison_
                **CRAIG M. KELLISON**
                UNITED STATES MAGISTRATE JUDGE